UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

SUSANNE K. JENEMANN

Defendant.

Case No.: 18 MAG 10933 (MRG)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 24 day of January, 20 20
Poughkeepsie, New York